GEOFFREY A. HANSEN
Acting Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
ALVARO MAURICIO BARAHONA LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALVARO MAURICIO BARAHONA LOPEZ,<br><br>　　　　　Defendant. | CR 11-00514 SBA<br><br>ORDER FOR CONTINUANCE OF HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTIONS 3161(H)(1)(G); 3161(H)(7)(A); & 3161(H)(B)(iv) |

# ORDER

GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court hereby orders that the change of plea and sentencing hearing set for February 17, 2012 at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for March 19, 2012 at 10:00 a.m..

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 17, 2012 and March 19, 2012 would unreasonably deny the defendant continuity of counsel. Additional time is thus needed for continuity of counsel.

CR 11-00514 SBA
[Proposed] Order for Continuance of Hearing and
Exclusion of Time　　　　　　　　　　1

18 U.S.C. §§ 3161(h)(7)(A); 18 U.S.C. § 3161(h)(7)(B)(iv). Additionally, the Court is presently considering a proposed plea agreement to be entered into by the defendant and the government. 18 U.S.C. § 3161(h)(1)(G). The Court further finds that the ends of justice served by the granting of the continuance from February 17, 2012 until March 19, 2012 outweigh the best interests of the public and the defendant in a speedy and public trial .

Based on these findings, IT IS HEREBY ORDERED that the time between February 17, 2012 and March 19, 2012 be excluded under the speedy trial act, 18 U.S.C. §§ 3161(h)(1)(G), 3161(h)(7)(A); and 3161(h)(7)(B)(iv).

DATED: 2/17/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge